```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LINDA UNDERDUE,

                Plaintiff,           24-cv-1790 (JGK)

      - against -            ORDER

UNITED STATES OF AMERICA, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 10, 2024.**

SO ORDERED.

Dated:    New York, New York
          April 26, 2024

                                                  _____
                                                     John G. Koeltl
                                         United States District Judge