UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA UNDERDUE,

                Plaintiff,

      v.

UNITED STATES OF AMERICA and
ACTION FACILITIES MANAGEMENT,
INC,

                Defendants.

No.  24-CV-1790 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The initial status conference scheduled for today at 2:00 p.m. is hereby adjourned to 4:30 p.m.

(Dial-in Number: (888) 363-4749; Access Code: 1015508#).

SO ORDERED.

Dated:    June 24, 2024
            New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge